IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAYMOND COLEMAN,)
)
Plaintiff,)
)
v. ) Civil Action No. 3:16CV961–HEH
)
K McNELIS, *et al.* )
)
Defendants. )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice Against Four Defendants)

Raymond Coleman, a Virginia prisoner proceeding *pro se* and *in forma pauperis*, brings this action under 42 U.S.C. § 1983. Pursuant to Federal Rule of Civil Procedure 4(m), Coleman had ninety (90) days from the filing of the Complaint to serve the Defendants. Here, that period commenced on August 4, 2017. By Memorandum Order entered on November 28, 2017, the Court directed Coleman, within eleven (11) days of the date of entry thereof, to show good cause for his failure to serve the four Unknown and Unnamed Employees listed in the Complaint within the time required by Rule 4(m). Coleman has not responded to the Court's November 28, 2017 Memorandum Order. Accordingly, all claims against the four Unknown and Unnamed Employees listed in the Complaint will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

/s/
Henry E. Hudson
Senior United States District Judge

Date: June 25 2018
Richmond, Virginia